# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DOUGLAS G. McCASKEY                    Docket No. 3:00CR00219(SRU)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Carla Jo Wagenstein-Vega, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of DOUGLAS G. McCASKEY who was sentenced to five (5) years probation for a violation of 15 U.S.C. §§ 78j(b) and 78ff(a) by the Honorable Stefan R. Underhill sitting in the court at Bridgeport, Connecticut on April 30, 2001, who fixed the period of probation at five (5) years which commenced on April 30, 2001 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

(1) The defendant shall pay a fine of $30,000, to be paid within the first year of probation. Interest on said fine will not be waived; (2) The defendant shall pay settlement to Raymond James Financial Services, Inc. in accordance with his agreement to do so;(3) The defendant shall authorize release to the probation office of any and all financial information/records, including records of any entity in which he is sole proprietor, and state and federal income tax returns, by execution of a release of financial information form, or by any other appropriate means, as directed by the probation officer;(4) The defendant is prohibited from incurring new credit charges, or opening additional lines of credit, without the approval of the probation officer; (5) The defendant shall file any back income tax returns; and (6) The defendant shall file timely income tax returns. Supervision is scheduled to expire on April 29, 2006.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

Charge: Mandatory Condition - "While on probation, the defendant shall not commit another federal, state, or local crime."

On November 21, 2005, Mr. McCaskey surrendered to the Fairfield, Connecticut Police Department on an arrest warrant and was charged with Risk of Injury to a Minor/Impairing the Morals of a Minor, and Unlawful Restraint in the 2nd Degree. The matter is pending trial in Bridgeport Superior Court.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons tolling the period of probation until such time that the pending State matter is resolved and a violation hearing can be heard.

**ORDER OF COURT**

Considered and ordered this 21st day of April, 2006 and ordered filed and made a part of the records in the above case.

_____
Stefan R. Underhill
United States District Judge

Sworn to By
_____
United States Probation Officer

Place: Bridgeport, Connecticut
Date: April 21, 2006

Before me, the Honorable Stefan R. Underhill United States District Judge, on this 21st day of April, 2006 at Bridgeport, U.S. Probation Officer Carla Jo Wagenstein-Vega appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

Stefan R. Underhill
United States District Judge