**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **ELSIE MATA**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

June 13, 2007

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Ave., PO Box 3186
Bridgeport, CT 06605-0186

      Re: Case Name: USA v Douglas G. McCaskey
            Number: 3:00cr219 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

      Defendant's Exhibit 1

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                            Sincerely,

                            Kevin F. Rowe, Clerk

                            BY ____/s/_____
                                 Alice Montz
                                 Deputy Clerk

ACKNOWLEDGMENT:_____    DATE:_____