**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

IN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

2007 JUL -9 P 12: 14

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

June 13, 2007

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Ave., PO Box 3186
Bridgeport, CT 06605-0186

Re: Case Name: USA v Douglas G. McCaskey
Number: 3:00cr219 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Defendant's Exhibit 1

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Alice Montz
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 7/2/07